```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/8/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

THE GAP INC.,

                       Plaintiff,                      **20-CV-4541 (LTS) (KHP)**

      -against-                          **Order on Motion to Stay**

PONTE GADEA NEW YORK LLC,

                       Defendant.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

Consistent with the September 3, 2020 case management conference this Court conducted with the parties in the above-captioned case, Plaintiff's Motion to Stay discovery pending a decision by the multidistrict litigation panel to accept transfer of this case or a decision on the pending motion for summary judgment, whichever is sooner, is GRANTED (ECF No. 12.)  The parties are ordered to provide the Court with a joint status update on the multidistrict litigation panel's decision within **five days** of that decision.

The Clerk of Court is directed to terminate the filing at ECF No. 12.

      SO ORDERED.

DATED:     New York, New York
                September 8, 2020

_____
KATHARINE H. PARKER
United States Magistrate Judge