```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
```

THE GAP INC.,

                            Plaintiff,                              20-CV-4541 (LTS) (KHP)

              -against-                                    **ORDER**

PONTE GADEA NEW YORK LLC,

                            Defendant.

```
-----------------------------------------------------------------X
```

**KATHARINE H. PARKER, United States Magistrate Judge:**

      At ECF No. 59 in this case, the Court ordered that the Gap shall have until May 1, 2021 to object or otherwise respond to Ponte Gadea's application for damages. With May 1, 2021 falling on a Saturday, the Court hereby amends its prior scheduling order so that Gap's response is due on Monday May 3, 2021.

                SO ORDERED.

DATED:       New York, New York
                 April 28, 2021

                                                                  _____
                                                                   KATHARINE H. PARKER
                                                                   United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/28/2021