UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

THE GAP INC.,

                                                Plaintiff,

                      -against-

PONTE GADEA NEW YORK LLC,

                                                Defendant.

-----------------------------------------------------------------X

**20-CV-4541 (LTS) (KHP)**

**ORDER SCHEDULING CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      A telephonic case management conference is hereby scheduled to take place on **Wednesday May 12, 2021 at 4:00 p.m.** to discuss logistics and procedural guidelines for the May 25, 2021 Inquest Hearing. The parties are directed to call the Court's conference line at the scheduled time. Please dial (866) 434-5269, access code: 4858267.

      **SO ORDERED.**

DATED:    New York, New York
                May 11, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge