**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X

THE GAP INC.,

                      Plaintiff,

             -against-

PONTE GADEA NEW YORK LLC,

                      Defendant.

-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/12/2021

**20-CV-4541 (LTS) (KHP)**

**ORDER CONVERTING INQUEST**
**HEARING TO VIDEO**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The telephonic Inquest Hearing scheduled for **Tuesday, May 25, 2021 at 10:00 a.m.** is

hereby converted to Microsoft Teams. Counsel for the parties will be sent an invitation by

Judge Parker's chambers prior to the scheduled conference date. Counsel for the parties shall

be prepared to answer questions and provide testimony, as appropriate, on the damages

application and the opposition thereto.

          **SO ORDERED.**

DATED:     New York, New York
           May 12, 2021

                                   _____
                                   KATHARINE H. PARKER
                                   United States Magistrate Judge