

Davis+Gilbert LLP
1675 Broadway
New York, NY 10019

212 468 4800
dglaw.com

**Joshua H. Epstein**
d 212 468 4869
jepstein@dglaw.com

May 25, 2021

<u>**Via ECF**</u>

The Hon. Katharine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:  *The Gap, Inc. v. Ponte Gadea New York LLC*
    Case No. 1:20-cv-4541 (LTS) (KHP)

Dear Magistrate Judge Parker:

    We represent plaintiff The Gap, Inc. ("Gap") in the above-captioned action. In connection with Your Honor's request during today's Inquest Hearing, we have attached a PDF copy of the PowerPoint slides used by Gap's counsel Michael Geibelson during his presentation to the Court at the Inquest Hearing.

    We are available to address any questions Your Honor may have regarding the above at the Court's convenience.

Respectfully submitted,

*Joshua H. Epstein*

Joshua H. Epstein

2114225.1 07295-0020-018