```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
```

THE GAP INC.,

                              Plaintiff,

               -against-

PONTE GADEA NEW YORK LLC,

                              Defendant.

```
----------------------------------------------------------------X
```

**20-CV-4541 (KHP)**

**ORDER SCHEDULING CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge**

      A Case Management Conference is hereby scheduled to take place in the above-captioned action on October 26, 2021 at 10:30 a.m.  The conference will take place in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, NY.  Counsel are directed to reviewed the Court's COVID-safety protocols in advance of the conference to ensure compliance with all applicable rules of the Court.

      SO ORDERED.

DATED:    New York, New York
              September 13, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/13/2021