```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/14/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
THE GAP INC.,

                          Plaintiff,                              **20-CV-4541 (KHP)**

        -against-                              **ORDER SCHEDULING PRE-TRIAL**
                                                                           **CONFERENCE**

PONTE GADEA NEW YORK LLC,

                          Defendant.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge**

      A Pre-trial Conference in this matter is hereby scheduled for **Thursday, March 10, 2022,**

**at 12:00 p.m.** Counsel for the parties are directed to call Judge Parker's AT&T conference line

at the scheduled time.  **Please dial (866) 434-5269; access code 4858267.**

      SO ORDERED.

DATED:      New York, New York
                 February 14, 2022

                                                                           _____
                                                                           KATHARINE H. PARKER
                                                                           United States Magistrate Judge