

Davis+Gilbert LLP
1675 Broadway
New York, NY 10019

212 468 4800
dglaw.com

**Joshua H. Epstein**
d 212 468 4869
jepstein@dglaw.com

March 28, 2022

**Via ECF**

The Hon. Katharine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:  *The Gap, Inc. v. Ponte Gadea New York LLC*
     Case No. 1:20-cv-4541 (LTS) (KHP)

Dear Magistrate Judge Parker:

    We represent plaintiff The Gap, Inc. ("Gap") in the above-captioned action, and we write to the Court jointly with defendant Ponte Gadea New York LLC ("Ponte Gadea").

    On March 10, 2022, this Court held a pre-trial conference and requested that the parties confirm their availability for trial. The parties have met and conferred with each other and their respective witnesses, and hereby confirm their availability for trial for Tuesday, July 19, 2022 and continuing into Wednesday, July 20, 2022 as the Court may deem necessary.

    We thank the Court for its consideration of this matter.

Respectfully submitted,

*Joshua H. Epstein*

Joshua H. Epstein