```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
THE GAP INC.,

                          Plaintiff,                20-CV-4541 (KHP)

        -against-                                   ORDER

PONTE GADEA NEW YORK LLC,

                          Defendant.
-----------------------------------------------------------------X
```

**KATHARINE H. PARKER, United States Magistrate Judge**

The bench trial scheduled for July 19-20, 2022 is adjourned to **January 18-19, 2023.** The trial will begin at **10:00 am each day** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. Lunch breaks will be from 1:00-2:00 p.m.

No pre-trial submissions are necessary except the parties shall file a letter one week in advance of the trial setting forth the order of witnesses and anticipated length of testimony (cross-examination and re-direct). The parties shall advise the Court of any technology needs in their pre-trial letter. Closing arguments will be held upon the completion of testimony. The Court will permit post-trial briefing to the extent the parties deem it necessary.

Should the parties resolve the matter before the scheduled trial date, the parties shall promptly file a joint letter indicating such via ECF.

**SO ORDERED.**

DATED:    New York, New York
          July 14, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge